UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SYLVESTER K. KILGORE,

        Plaintiff,        CIVIL ACTION NO. 06-11066

v.

        HON. JOHN CORBETT O'MEARA

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,

_____/

## ORDER ADOPTING MAGISTRATE JUDGE
## REPORT AND RECOMMENDATION

The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b), has reviewed the Magistrate Judge's report and recommendation as well as any objections filed by the parties, and after conducting a *de novo* review, the court accepts the magistrate judge's report and recommendation as the court's findings and conclusions.

Accordingly, it is hereby **ORDERED** that the report and recommendation is **ADOPTED**.

                        s/John Corbett O'Meara
                        United States District Judge

Dated: July 11, 2007

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 11, 2007, by electronic and/or ordinary mail.

                                                  s/William Barkholz
                                                  Case Manager